FILED

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0124

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0124

_____

CRAIG BAUGH,

     Plaintiff and Appellee,

  v.

H2S2, LLC, a Montana Limited Liability
Company,

     Defendant and Appellant.

_____

O R D E R

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2023